UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: §
§
EDGAR DAVIS § CHAPTER 13
 SS# XXX-XX-1934 §
LATONYA C. DAVIS §
SS# XXX-XX-8862
            DEBTOR(S)        CASE NO. BK 13-32106-DHWB

RESPONSE TO DEBTORS' OBJECTION TO CLAIM

COMES NOW, 21st Mortgage Corporation, a creditor in the above styled proceeding, by and through its undersigned attorney of record and responds and objects to the Debtors' Objection to Claim Number 38 of 21st Mortgage Corporation as follows:

1. 21st Mortgage Corporation is the holder of a secured claim in this Chapter 13 proceeding as evidenced by the documents attached to its Proof of Claim filed in this proceeding.

2. Said claim was previously objected to by Debtors on April 23, 2014. Debtors' Counsel indicated that the issue with said claim was the charge for flood insurance. It was then determined that there was no charge for flood insurance included in said claim and Debtors' Counsel withdrew the Objection to Claim. See Order Allowing Withdrawal of Objection attached hereto as Exhibit "A".

2. Debtors were due for the August 2013 payment plus late charges at the time of the filing of this Bankruptcy proceeding thus, the Proof of Claim filed by 21st Mortgage Corporation is correct.

WHEREFORE, 21st Mortgage Corporation moves this Honorable Court deny Debtors' objection.

Date: September 26, 2014        /s/ Rachel L. Webber
                                Rachel L. Webber (WEBBR-4475)
                                Attorney for 21st Mortgage Corporation
                                File No. 47523.770

Case No. BK 13-32106-DHW13
Page No. I

OF COUNSEL

ROSEN + HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000

i:\buddy\clients\21st mortgage\davis, edgar & latonya c\response to obj to poc 09-24-14.docx

CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing upon the following:

*By depositing a copy of same in a pre-addressed, stamped envelope with adequate postage prepaid t/1ereo11 and properly addressed to t/1efol/owing:*

Edgar Davis
Debtor
788 County Road 13
Prattville, AL 36067

Latonya C. Davis
Co-Debtor
788 County Road 13
Prattville, AL 36067

*Via the Court's Electronic mailing service (CMIECF):*

Curtis C. Reding (trustees_office@ch13mdal.com *via CMIECF Noticing Services)*
Trustee
Post Office Box 173
Montgomery, AL 36101-0173

Richard D. Shinbaum (rshinbaum@smclegal.com *via CMIECF Noticing Services)*
Attorney for Debtor
P.O. Box 201
5665 Perry St. (36104)
Montgomery, AL 36101-0201

  This the 26th day of September, 2014.

           *Isl Rachel L. Webber*
           Rachel L. Webber (WEBBR-4475)
           Of Counsel for 21st Mortgage Corporation

Case No. BK 13-32106-DHW13
Page No. 2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Edgar Davis and Latonya C. Davis,

       Debtor(s).

Case No. 13-32106-DHW  
Chapter 13

ORDER ALLOWING WITHDRAWAL OF OBJECTION

On June 23, 2014, the Debtors' Objection to Claim No. 38 filed by $21^{51}$ Mortgage Corporation (Doc. No. 34), came for a hearing. At that time, the Debtors requested to withdraw their Objection to the Claim. Accordingly, it is

ORDERED that the Objection is WITHDRAWN.

Done this 23rd day of June, 2014.

                                                     /s/ Dwight H. Williams, Jr.  
                                                   United States Bankruptcy Judge

c:      Debtors  
       Richard D. Shinbaum, Attorney for Debtors  
       Curtis C. Reding, Trustee



EXHIBIT  
A